IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. JARRARD, JR.,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | CIVIL ACTION FILE NO. |
| ) | 1:08-CV-3042-TWT |
| DYCOM INDUSTRIES, INC. and       ) | |
| LEROY ROLLIN BROUGHTON,       ) | |
| ) | |
| Defendants.       ) | |

**CONSENT MOTION TO DISMISS WITHOUT PREJUDICE**
**DEFENDANT DYCOM INDUSTRIES, INC.**

COME NOW the parties hereto and file this their Consent Motion to Dismiss Without Prejudice defendant Dycom Industries, Inc. and show the Court as follows:

1.

Federal Rule of Civil Procedure 21 allows parties to be dropped or added by order of the Court.

2.

The plaintiff desires to dismiss this action against defendant Dycom Industries, Inc., and Dycom Industries, Inc. desires to have this case dismissed against it.

3.

This dismissal has been reached after defendants presented plaintiff with sworn statements from Leroy Broughton and Dycom Industries, Inc., averring that defendant Broughton was not within the scope of his employment with co-defendant Dycom Industries, Inc., when the subject automobile wreck occurred.

4.

The parties stipulate that should any evidence be revealed during discovery which creates a question of fact as to whether defendant was within the scope of his employment when the subject automobile wreck occurred, Dycom Industries, Inc., may be reinstated as a proper party defendant upon consent motion by the remaining parties.

5.

Should Dycom Industries, Inc., be reinstated, such reinstatement will not delay the trial of the case.

WHEREFORE, the parties respectfully request that this Court enter an order dismissing the above-styled lawsuit against defendant Dycom Industries, Inc. without prejudice and that the case caption be modified accordingly.

                Respectfully submitted,

                */s/Ralph E. Hughes*
                /s/Ralph E. Hughes
                Georgia Bar No. 0376175

                Attorney for plaintiff

Suite 720, Commerce Plaza
755 Commerce Drive
Decatur, Georgia 30030
(404) 373-3458 (telephone)
(404) 373-4485 (facsimile)
*rehugheslaw@aol.com*

                */s/ Al Bridges*
                Al Bridges
                Georgia Bar No. 080800

                Attorney for defendant
                Leroy Rollin Broughton

BRIDGES, ORMAND & FAENZA
2964 Peachtree Rd., N.W., Suite 440
Atlanta, GA 30305-2121
(404) 233-1222 (telephone)
(404) 231-5602 (facsimile)

*/s/ John L. McKinley, Jr.*
John L. McKinley, Jr.
Georgia Bar No. 495513

Attorney for Defendant
Dycom Industries, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
*jmckinley@mfllaw.com*

#263323

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rule 5.1B, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point, and was electronically filed on this day, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ralph E. Hughes, Esq.
Suite 720, Commerce Plaza
755 Commerce Drive
Decatur, Georgia 30030

I hereby further certify that I have served a paper copy of the foregoing pleading upon the following attorney of record who is not registered for electronic filing, by First Class U.S. Mail as follows:

Al Bridges, Esq.
BRIDGES, ORMAND & FAENZA
2964 Peachtree Rd., N.W., Suite 440
Atlanta, Georgia 30305-2121

This 14th day of November, 2008.

*/s/ John L. McKinley, Jr.*
John L. McKinley, Jr.