IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. JARRARD, JR.<br><br>Plaintiff<br><br>v.<br><br>DYCOM INDUSTRIES, INC., et al<br><br>Defendants | CIVIL ACTION NO.<br>1:08cv3042-TWT |

O R D E R

The parties' Consent Motion to Dismiss Dycom Industries, Inc., Without Prejudice [15] is before the Court for determination. The Court GRANTS the Motion for Dismissal of Dycom Industries, Inc., Without Prejudice.

SO ORDERED, this 18th day November, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE