IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. JARRARD, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE ) NO. 1:08CV-3042-TWT ) |
| LEROY ROLLIN BROUGHTON, | ) ) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW, WILLIAM T. JARRARD, JR.** by and through his attorney of record and dismisses the above-styled lawsuit with prejudice, with each party to bear its own costs. The Clerk of Court is hereby directed to mark said case "Dismissed With Prejudice" upon the docket of this Court.

This 2 day of June, 2009.

_____
Ralph E. Hughes
Georgia Bar Number 376175
Attorney for Plaintiff

RALPH E. HUGHES
Attorney at Law 755 Commerce Dr., Suite 720
Decatur, GA  30030
404-373-3458